UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY REINHARDT | ) |
| Plaintiff, | ) |
| v. | ) No. 4:23-CV-1475 RLW |
| CITY OF CHESTERFIELD MISSOURI, et al., | ) |
| Defendants. | ) |

**ORDER**

In accordance with the parties' Stipulation of Dismissal (ECF No. 31),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear its own costs.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this __16th__ day of May, 2024.